SADIE DUFFY, Respondent, *v.* HENRY E. BOEHRINGER
et al., Appellants.

(Submitted March 9, 1933; decided April 18, 1933.)

*Max L. Rothenberg* and *Max M. Hirson* for appellants.
*Samuel Plumer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.